**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Justin Gensel | : | Chapter 13 |
| | : | Case No.: 22-11117-AMC |
| Debtor(s) | : | |

### CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on May 9, 2022 a true and correct copy of the

Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured,

priority, and unsecured creditors per the Creditor Matrix.

Date: May 9, 2022                    */s/ Brad J. Sadek, Esquire*
                                     Brad J. Sadek, Esquire
                                     Attorney for Debtor(s)
                                     Sadek & Cooper Law Offices
                                     1315 Walnut Street – Suite 502
                                     Philadelphia, PA 19107