Certificate Number: 03088-PAE-DE-036604311

Bankruptcy Case Number: 22-11117



03088-PAE-DE-036604311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2022, at 8:10 o'clock PM CDT, Justin M Gensel completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 8, 2022                              By:      /s/Doug Tonne

                                                 Name:   Doug Tonne

                                                 Title:  Counselor