# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                              Chapter 13

      JUSTIN GENSEL                      Bankruptcy No. 22-11117-AMC

      40 Fox Hollow Dr

      Gilbertsville, PA 19525

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JUSTIN GENSEL

    40 Fox Hollow Dr

    Gilbertsville, PA 19525

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/28/2022                                                          /s/ Kenneth E. West

                                                                                  _____
                                                                                  Kenneth E. West, Esquire
                                                                                  Chapter 13 Standing Trustee