United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 22-11117-amc

Justin Gensel                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: 155 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Gensel, 40 Fox Hollow Dr., Gilbertsville, PA 19525-7901 |
| 14687680 | | Bk Of Amer, As of 12/6/09 BOA no longer servicing or, Utica, NY 13501 |
| 14687682 | | Ces/goalfin, C/o Acs, Utica, NY 13501 |
| 14694498 | | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14688698 | + | Rocket Mortgage, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14691282 | + | Upstart Holdings, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14687677 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2023 00:36:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14687678 | | Email/Text: bankruptcy@bhg-inc.com | Jan 19 2023 00:29:00 | Bankers Healthcare Group LLC, 122 E 42nd Street, Suite 700, New York, NY 10168 |
| 14689093 | | Email/Text: bankruptcy@bhg-inc.com | Jan 19 2023 00:29:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 14687679 | | Email/Text: bankruptcy@bbandt.com | Jan 19 2023 00:29:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14687681 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2023 00:36:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14687684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 00:36:52 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14687685 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2023 00:29:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14687683 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 19 2023 00:36:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14693059 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 19 2023 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14697730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 00:36:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690078 | | Email/Text: EBN@Mohela.com | Jan 19 2023 00:29:00 | Mohela/SoFi, 633 Spirit Drive, Chesterfield MO 63005 |
| 14687686 | | Email/Text: EBN@Mohela.com | Jan 19 2023 00:29:00 | Mohela/laurel Road Ban, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14687687 | + | Email/Text: bnc@nordstrom.com | Jan 19 2023 00:29:53 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14701462 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 19 2023 00:29:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14687688 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 19 2023 00:29:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14693724 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 19 2023 00:29:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14687689 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Jan 19 2023 00:36:48 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 14687691 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 19 2023 00:36:52 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14687692 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 19 2023 00:36:48 | Syncb/Wolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14687693 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 19 2023 00:36:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14687695 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Jan 19 2023 00:29:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14692773 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jan 19 2023 00:29:00 | Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14687698 | + | Email/Text: LCI@upstart.com | | |
| | | | Jan 19 2023 00:29:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14704806 | ^ | MEBN | | |
| | | | Jan 19 2023 00:23:08 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14687699 | ^ | MEBN | | |
| | | | Jan 19 2023 00:23:02 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14687690 | *+ | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 14687694 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5060 |
| 14687696 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14687697 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023 Signature: /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 18, 2023 | Form ID: 155 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Justin Gensel brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Justin Gensel
           Debtor(s)

Chapter: 13

Bankruptcy No: 22–11117–amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this January 17, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Ashely M. Chan
                            Judge ,
                            United States Bankruptcy Court