IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JUSTIN GENSEL

CASE NO. 22-11117

CLAIM: 3

## **NOTICE OF CHANGE OF ADDRESS BY A CREDITOR**

COMES NOW SoFi hereby requests the Trustee notice and payment address on its claim for the above-mentioned case be changed from the following address:

**SoFi**
**PO Box 82522**
**Lincoln NE 68501**

To the new address below:

**SoFi Lending Corp.**
**c/o Resurgent Capital Services**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondence for this claim filed by the Creditor.

/s/David Lamb                                                                 Date:   7/29/2026
David Lamb
Claims Processor
Telephone: (877) 264-5884
Email: askbk@resurgent.com